

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00173-CR

| | | |
|---|---|---|
| Clevin Earl Brown, Jr. | § | From the 432nd District Court |
| | § | of Tarrant County (1273133R) |
| v. | § | September 4, 2014 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
    Chief Justice Terrie Livingston